IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

QUINN GLOVER, by and through his next friend, ELIZABETH GLOVER,

    Plaintiff,

v.

ALLEGHENY COUNTY; and ORLANDO HARPER, Warden of Allegheny County Jail;,

    Defendants.

Case No. 18-629

ELECTRONICALLY FILED

## AMENDED ORDER OF COURT

AND NOW this 11th day of May, 2018, upon consideration of Plaintiff's Motion for a Preliminary Injunction and having conducted a hearing and oral argument thereon on this date, the Court hereby finds that:

    1. Plaintiff Quinn Glover has a reasonable probability of success on the merits on his claim that Defendants' actions in housing him in unit 5C at the Allegheny County Jail constitute deliberate indifference to his serious medical and psychiatric needs in violation of his rights under the Fourteenth Amendment to the United States Constitution.

    2. Plaintiff will be irreparably harmed if this Court does not order Defendants to return Mr. Glover to the Jail's medical unit.

    3. The harm that denying the preliminary injunction motion will cause Plaintiff outweighs any harm that Defendants will suffer if the motion is granted;

    4. Granting Plaintiff the preliminary injunction that he seeks is in the public interest; and

1

5. This relief is narrowly tailored, minimally intrusive and not the cause of undue expense or burden to the Jail.

It is therefore ORDERED that, pending further order of the Court, Defendants, and their officers, agents, and employees are enjoined from housing Plaintiff in unit 5C and shall house Plaintiff in unit 5B.

BY THE COURT:

*Nora Barry Fischer*